1  Jane M. Flynn, Bar No. 167466
   **FEDERAL EXPRESS CORPORATION**
2  2601 Main Street, Suite 340
   Irvine, California 92614
3  Telephone: (949) 862-4643
   Facsimile:  (949) 862-4605
4  jane.flynn@fedex.com

5  Attorney for Defendant
   FEDERAL EXPRESS CORPORATION

             UNITED STATED DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN HEWITT,<br><br>              Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION; BLACK CORPORATION; WHITE COMPANY, and DOES 1 through 100, inclusive, and each of them,<br><br>              Defendants. | Case No. CV 10-04091 JSW<br><br>**Assigned to Hon. Jeffrey S. White, Courtroom: 11**<br><br>[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE<br><br>NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE FILED CONCURRENTLY HEREWITH<br><br>Complaint Filed: June 28, 2010<br>Trial Date: None Set |

Pursuant to the Notice of Settlement filed by Defendant Federal Express Corporation and for good cause shown, the Court hereby continues the Case Management Conference to ___March 18___, 2011 at 1:30 p.m. The previously scheduled January 14, 2011 Case Management Conference is hereby advanced and vacated.  SO ORDERED.

DATED: December 22, 2010          By: _/s/ Jeffrey S. White_
                                   HON. JEFFREY S. WHITE
                                   DISTRICT COURT JUDGE

[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE
Case No. CV 10-04091 JSW