1  Jane M. Flynn, Bar No. 167466
   **FEDERAL EXPRESS CORPORATION**
2  2601 Main Street, Suite 340
   Irvine, California 92614
3  Telephone: (949) 862-4643
   Facsimile: (949) 862-4605
4  jane.flynn@fedex.com

5  Attorney for Defendant
   FEDERAL EXPRESS CORPORATION

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN HEWITT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION; BLACK CORPORATION; WHITE COMPANY, and DOES 1 through 100, inclusive, and each of them,<br><br>　　　　Defendants. | Case No. CV 10-04091 JSW<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41<br><br>[STIPULATION FOR DISMISSAL FILED CONCURRENTLY HEREWITH]<br><br>Complaint Filed: June 28, 2010<br>Trial Date: None Set |

Pursuant to Stipulation to Dismiss filed by the parties herein, the Court hereby orders the action dismissed in its entirety, with prejudice, each side to bear their own costs and attorney's fees.

SO ORDERED.

Dated: February 3, 2011     By: _____ Jeffrey S White _____
                                HON. JEFFREY S. WHITE, JUDGE
                                UNITED STATES DISTRICT COURT

852392

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
Case No. CV 10-04091 JSW